United States Courts
Southern District of Texas
FILED
*August 26, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | |
| v. | **Criminal No. 4:25-CR-652-S** |
| **FREDRICK KISER**, Defendant. | |

**<u>SUPERSEDING INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

<u>INTRODUCTION</u>

At all times material to this Indictment, Subway and Wendy's are businesses with corporate headquarters outside the State of Texas and with stores throughout the United States engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

<u>COUNT ONE</u>

<u>Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery</u>

On or about October 13, 2025, in the Houston Division of the Southern District of Texas,

FREDRICK KISER

defendant herein, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of SUBWAY, located at 8420 S. Sam Houston Parkway,

Houston, Texas, which was in the possession and custody of an employee of SUBWAY, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

COUNT TWO

Title 18, United States Code, § 924(c)(1)(A)(ii) -
Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about October 13, 2025, in the Houston Division of the Southern District of Texas,

FREDRICK KISER,

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

COUNT THREE

Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery

On or about October 13, 2025, in the Houston Division of the Southern District of Texas,

FREDRICK KISER

defendant herein, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms “commerce” and “robbery” are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully to take and obtain the property of WENDY’S, located at 7090 W. Orem Dr., Houston, Texas, which was in the possession and custody of an employee of WENDY’S, namely, United

States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

COUNT FOUR

Title 18, United States Code, § 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii) -
Brandishing and Discharging of a Firearm During and in Relation to a Crime of Violence

On or about October 13, 2025, in the Houston Division of the Southern District of Texas,

FREDRICK KISER,

defendant herein, did knowingly brandish and discharge a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and (iii).

COUNT FIVE

Title 18, United States Code, § 922(g)
Possession of a Firearm by a Previously Convicted Felon

On or about October 15, 2025, in the Houston Division of the Southern District of Texas,

FREDRICK KISER,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a 9MM Taurus G3 semiautomatic pistol, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, § 922(g)(1), 924(a)(8).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(c) as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1. A 9MM Taurus Model G3 Semi-automatic pistol, Serial # ABC438123
2. A Taurus magazine with unfired cartridges
3. An unfired 9MM cartridge

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

AARON F. REITZ
United States Attorney

BY: ____________________
Jill Jenkins Stotts
Assistant United States Attorney